IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLLIN PATENT LICENSING, LLC and AUTOSCRIBE CORPORATION,<br><br>                    Plaintiffs,<br><br>    v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, UNITED STATES CELLULAR CORPORATION, COMBINED INSURANCE SERVICES, INC., CAPITAL ONE AUTO FINANCE, INC. and FIA CARD SERVICES, N.A.,<br><br>                    Defendants. | Case No. 1:10-cv-07420<br><br>Judge William J. Hibbler<br>Magistrate-Judge Michael T. Mason |

**NOTICE OF VOLUNTARY DISMISSAL OF
COMBINED INSURANCE SERVICES, INC.**

Pursuant to Rule 41(a)(1), Fed.R.Civ.P., Plaintiffs hereby voluntarily dismisses without prejudice all claims made in this action against Defendant Combined Insurance Services, Inc. No rights are waived or voluntarily dismissed as to any other Defendant.

                                                         Respectfully submitted,

                                                           /s/ Robert A. Vitale, Jr.
                                                      Raymond P. Niro
                                                      Robert A. Vitale, Jr.
                                                      Patrick F. Solon
                                                      Laura A. Kenneally
                                                      NIRO, HALLER & NIRO
                                                      181 W. Madison, Suite 4600
                                                      Chicago, IL 60602
                                                      (312) 236-0733
                                                      Fax: (312) 236-3137
                                                      RNiro@nshn.com; Vitale@nshn.com;
                                                      Solon@nshn.com; LKenneally@nshn.com

                                                      Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 14, 2010 the foregoing

**NOTICE OF VOLUNTARY DISMISSAL OF
COMBINED INSURANCE SERVICES, INC.**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

*Attorneys for The Allstate Corporation and Allstate Insurance Company*

Garret A. Leach
KIRKLAND & ELLIS LLP
garret.leach@kirkland.com

*Attorneys for Capital One Auto Finance, Inc.*

Michael R. Weiner
Julianne M. Hartzell
MARSHALL GERSTEIN & BORUN LLP
mweiner@marshallip.com
jhartzell@marshallip.com

*Attorneys for FIA Card Services, N.A.*

Robert C. Earle
FISH & RICHARDSON, P.C.
earle@fr.com

*Attorneys for U.S. Cellular Corporation*

Richard J. O'Brien
Rachel D. Sher
SIDLEY AUSTIN LLP
robrien@sidley.com
rsher@sidley.com

I further certify that the foregoing was served upon the following counsel of record who are non-CM/ECF participants via electronic transmission.

*Attorneys for Capital One*
Brian M. Buroker
HUNTON & WILLIAMS LLP
bburoker@hunton.com

*Attorneys for Combined Insurance Services, Inc.*

Dennis R. O'Neill
Dennis R. O'Neill PC
dennisroneillpc@sbcglobal.net

        /s/ Robert A. Vitale, Jr.
Attorneys for Plaintiffs
NIRO, HALLER & NIRO