IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLLIN PATENT LICENSING, LLC and AUTOSCRIBE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, UNITED STATES CELLULAR CORPORATION, CAPITAL ONE AUTO FINANCE, INC. and FIA CARD SERVICES, N.A.,<br><br>Defendants. | Case No. 1:10-cv-07420<br><br>Judge William J. Hibbler<br>Magistrate-Judge Michael T. Mason |

## NOTICE OF VOLUNTARY DISMISSAL OF
## THE ALLSTATE CORPORATION

Pursuant to Rule 41(a)(1), Fed.R.Civ.P., Plaintiffs hereby voluntarily dismisses without prejudice all claims made in this action against Defendant The Allstate Corporation. No rights are waived or voluntarily dismissed as to any other Defendant.

Respectfully submitted,

/s/ Robert A. Vitale, Jr.
Raymond P. Niro
Robert A. Vitale, Jr.
Patrick F. Solon
Laura A. Kenneally
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
RNiro@nshn.com; Vitale@nshn.com;
Solon@nshn.com; LKenneally@nshn.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 28, 2010 the foregoing

## NOTICE OF VOLUNTARY DISMISSAL OF
## THE ALLSTATE CORPORATION

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

*Attorneys for The Allstate Corporation and Allstate Insurance Company*

Garret A. Leach
KIRKLAND & ELLIS LLP
garret.leach@kirkland.com

*Attorneys for Capital One Auto Finance, Inc.*

Michael R. Weiner
Julianne M. Hartzell
MARSHALL GERSTEIN & BORUN LLP
mweiner@marshallip.com
jhartzell@marshallip.com

Brian M. Buroker
HUNTON & WILLIAMS LLP
bburoker@hunton.com

*Attorneys for FIA Card Services, N.A.*

Robert C. Earle
FISH & RICHARDSON, P.C.
earle@fr.com

Joel D. Bertocchi
HINSHAW & CULBERTSON, LLP
jbertocchi@hinshawlaw.com

*Attorneys for U.S. Cellular Corporation*

Richard J. O'Brien
Rachel D. Sher
SIDLEY AUSTIN LLP
robrien@sidley.com
rsher@sidley.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                       /s/ Robert A. Vitale, Jr.
                                       Attorneys for Plaintiffs
                                       NIRO, HALLER & NIRO