# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7420 | **DATE** | 1/3/2011 |
| **CASE TITLE** | POLLIN PATENT LICENSING, LLC, et al. Vs. THE ALLSTATE CORP., et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to notice of voluntary dismissal, The Allstate Corporation is dismissed without prejudice as a party defendant. All other defendants to remain.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|