UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLLIN PATENT LICENSING, LLC and AUTOSCRIBE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, UNITED STATES CELLULAR CORPORATION, CAPITAL ONE AUTO FINANCE, INC. and FIA CARD SERVICES, N.A.,<br><br>Defendants. | Case No. 1:10-cv-07420<br><br>Judge William J. Hibbler<br><br>Magistrate-Judge Michael T. Mason |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Defendant Capital One Auto Finance, Inc. ("Capital One") respectfully moves to extend certain deadlines contained in the Report of the Parties' Planning Meeting (Dkt. No. 55). Capital One has conferred with Plaintiffs and Defendant United States Cellular Corporation and this motion is unopposed.

Specifically, Capital One moves to extend the deadlines for the following events to allow additional time for the deposition of Robert Pollin and claim construction briefing:

| EVENT | ORIGINAL DUE DATE | NEW DUE DATE |
|---|---|---|
| Initial Close of Fact Discovery (LPR 1.3) | 10/14/2011 | 11/11/2011 |
| Opening Claim Construction Brief by party opposing infringement and Joint Appendix (LPR 4.2a) | 10/21/2011 | 11/18/2011 |
| Responsive Claim Construction Brief by party claiming infringement (LPR 4.2c) | 11/18/2011 | 12/16/2011 |
| Reply Claim Construction Brief by party opposing infringement (LPR 4.2c-d) | 12/2/2011 | 1/5/2012 |
| Joint Claim Construction Chart and Status Report (LPR 4.2f) | 12/13/2011 | 1/16/2012 |

All parties agree to this motion and the proposed extension is not sought for the purpose of delay. A proposed order is attached for the Court's convenience.

Date: October 7, 2011                                        Respectfully submitted,

/s/ Brian M. Buroker
Michael R. Weiner
Julianne M. Hartzell
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
(312) 474-6300
mweiner@marshallip.com
jhartzell@marshallip.com

Brian M. Buroker
Daniel G. Vivarelli, Jr.
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
(202) 955-1500
bburoker@hunton.com

*Attorneys for Defendant*
*Capital One Auto Finance, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Defendant's counsel has met and conferred with counsel for Plaintiffs and Defendant United States Cellular Corporation and that the motion is unopposed.

/s/ Brian M. Buroker
Brian M. Buroker

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 7, 2011, the foregoing

**UNOPPOSED MOTION TO EXTEND DEADLINES**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

| | |
|---|---|
| *Attorneys for Pollin Patent Licensing, LLC and Autoscribe Corporation* <br> Raymond P. Niro <br> Robert A. Vitale, Jr. <br> Patrick F. Solon <br> Laura A. Kenneally <br> Gabriel I. Opatken <br> NIRO, HALLER & NIRO, LTD. <br> rniro@nshn.com <br> vitale@nshn.com <br> solon@nshn.com <br> lkenneally@nshn.com | *Attorneys for Capital One Auto Finance, Inc.* <br> Michael R. Weiner <br> Julianne M. Hartzell <br> MARSHALL GERSTEIN & BORUN LLP <br> mweiner@marshallip.com <br> jhartzell@marshallip.com <br><br> *Attorneys for U.S. Cellular Corporation* <br> Richard J. O'Brien <br> Justin B. Weiner <br> SIDLEY AUSTIN LLP <br> robrien@sidley.com <br> nlove@sidley.com <br> william.chang@sidley.com |

/s/ Brian M. Buroker
Brian M. Buroker