IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLLIN PATENT LICENSING, LLC and AUTOSCRIBE CORPORATION,<br><br>                      Plaintiffs,<br>v.<br><br>UNITED STATES CELLULAR CORPORATION and CAPITAL ONE AUTO FINANCE, INC.,<br>                      Defendants. | Case No. 1:10-cv-07420<br><br>Judge William J. Hibbler<br>Magistrate-Judge Michael T. Mason |

## STIPULATED ORDER OF DISMISSAL

This Civil Action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiffs, Autoscribe Corporation and Pollin Patent Licensing, LLC (collectively "Autoscribe") and Defendant, Capital One Auto Finance, Inc. ("Capital One") have entered into a Settlement and License Agreement and have agreed to a compromise and settlement of this Civil Action.

WHEREFORE, with the consent of the parties, through their undersigned attorneys, and with the approval of this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. All claims, defenses and/or counterclaims that were or could have been brought between Autoscribe and Capital One in this Civil Action are hereby dismissed with prejudice.

3. Autoscribe and Capital One shall each bear their own costs and attorneys' fees.

4. This action shall continue as to the remaining defendant.

SO ORDERED this 15th day of November, 2011.

_/s/ Wm. J. Hibbler_
Hon. William J. Hibbler
United States District Judge

STIPULATED AND AGREED TO:

| /s/ Robert A. Vitale, Jr. | /s/ Brian M. Buroker |
|---|---|
| Raymond P. Niro | *Signed with permission* |
| Robert A. Vitale, Jr. | Brian M. Buroker |
| Patrick F. Solon | HUNTON & WILLIAMS LLP |
| Laura A. Kenneally | 1900 K Street, N.W. |
| Gabriel I. Opatken | Washington, DC 20006 |
| NIRO, HALLER & NIRO | (202) 955-1500 |
| 181 W. Madison, Suite 4600 | Fax: (202) 778-2201 Fax |
| Chicago, IL 60602 | bburoker@hunton.com |
| (312) 236-0733 | |
| Fax: (312) 236-3137 | Michael R. Weiner |
| RNiro@nshn.com; Vitale@nshn.com; | Julianne M. Hartzell |
| Solon@nshn.com; LKenneally@nshn.com; | MARSHALL GERSTEIN & BORUN LLP |
| GOpatken@nshn.com | 233 South Wacker Drive |
| | 6300 Willis Tower |
| Attorneys for Autoscribe Corporation and | Chicago, IL 60606-6357 |
| Pollin Patent Licensing, LLC | (312) 474-6300 |
| | Fax: (312) 474-0448 |
| | mweiner@marshallip.com |
| | jhartzell@marshallip.com |
| | |
| | Attorneys for Capital One Auto Finance, Inc. |

2